JAMES R. PAGLIERO, ESQ., SB#095898
CANDACE M. PAGLIERO, ESQ., SB#167530
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
Mailing Address:  P.O. Box 214389
Sacramento, CA 95821-0389
(916) 481-7100   FAX (916) 481-7101

Attorneys for defendants
J.A. Sutherland, Inc., dba
TACO BELL #2463; TACO BELL CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN, | No. CIV.S 03-2081 MCE CMK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE** |
| J.A. SUTHERLAND, INC., dba TACO BELL #2463; TACO BEL CORPORATION; and DOES 1 through 10, | **TRIAL DATE**: July 13, 2005 |
| Defendants. | **TIME: 9:00 a.m.** |

The parties, via their undersigned counsel, hereby stipulate that the Court may grant a continuance of the July 13, 2005 trial date and all pretrial deadlines.  The good cause for this proposed order is as follows.

This matter is scheduled to commence trial on July 13, 2005. At that time the trial counsel for the defendants, Candace M. Pagliero, will be in trial in Butte County Superior Court in a case entitled *Farsai v. Northern California Conference Association of Seventh Day Adventist*, Case Number 124826.  That matter is scheduled to commence trial on June 27, 2005.  Because the judge to

1

whom that case is assigned only tries cases 3 days a week, and in light of the expected length of that trial, Ms. Pagliero will still be in trial in *Farsai v. Northern California Association of Seventh Day Adventist* as of July 13, 2005. The *Farsai* trial is expected to conclude sometime during the week of July 18.

The parties request that the trial date and all deadlines set in the Final Pretrial Order be continued 90 days.

DATED: June 20, 2005                         PAGLIERO & ASSOCIATES
                                             A Professional Corporation


                                             By: s/CANDACE M. PAGLIERO
                                                 CANDACE M. PAGLIERO
                                                 Attorneys for defendants J.A.
                                                 Sutherland, Inc. and
                                                 Taco Bell Corp.

DATED: June 20, 2005                         LAW OFFICES OF LYNN HUBBARD


                                             By: s/SIGNATURE ON FILE
                                                 SCOTT HUBBARD
                                                 Attorneys for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, the trial date of July 13, 2005 is vacated and reset for October 19, 2005 at 9:00 a.m. All deadlines set in the Final Pretrial Order are reset according to the schedule attached to this Order. A new Final Pretrial Order will not be issued.

DATED: June 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE