```
JAMES R. PAGLIERO, ESQ., SB#095898
CANDACE M. PAGLIERO, ESQ., SB#167530
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100   FAX (916) 481-7101


Attorneys for defendants J.A. Sutherland,
Inc. and Taco Bell Corporation
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN, | No. 2:03-cv-2081-MCE-PAN |
| Plaintiff, | |
| v. | **ORDER SHORTENING TIME TO HEAR MOTION TO VACATE AND/OR TO CONTINUE TRIAL** |
| J.A. SUTHERLAND, INC., dba TACO BELL #2463; TACO BELL CORPORATION; and DOES 1 through 10, | **TRIAL DATE:   2/28/07** **HON. MORRISON C. ENGLAND, JR.** |
| Defendants. | |

**GOOD CAUSE APPEARING,** the ex parte application by Defendants for an order to shorten time to hear their motion to continue and/or to vacate the trial date is granted.

The following is the briefing and hearing schedule:

January 19, 2007: Last day to file and serve moving papers

February 9, 2007: Last day to file and serve opposition

Reply is waived or

February 5, 2007: Last day to file and serve reply.

/ / /

/ / /

1

ORDER SHORTENING TIME TO HEAR MOTION TO                Doran v. J.A.Sutherland, Inc et. al.
CONTINUE AND/OR VACATE TRIAL DATE                       CIV S-03-2081 MCE PAN

1  The motion will be heard on February 12, 2007, at 09:00 a.m.
2  **IT IS SO ORDERED.**
3
   Dated: January 22, 2007
4
5  _____
6  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2