1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7  CANDACE PAGLIERO, SBN 167530
   PAGLIERO & ASSOCIATES
8  5701 Marconi Avenue
   Carmichael, CA 95608
9  Telephone: (916) 481-7100
   Fax: (916) 481-7101
10
   Attorney for Defendants
11

12

13

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18  JERRY DORAN,                        Case No. 2:03-cv-2081-MCE-CMK

19        Plaintiff,

20  v.                                  **STIPULATION OF DISMISSAL AND
                                        ORDER THEREON**
21  JA SUTHERLAND, INC. dba
    TACO BELL #2463; TACO BELL
22  CORPORATION,

23        Defendant.

24  _____/

25  ///

26  ///

27  ///

28  ///

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JERRY DORAN, and defendants, JA SUTHERLAND, INC. dba TACO BELL #2463 and TACO BELL CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.


Dated: March 14, 2007                    LAW OFFICES OF LYNN HUBBARD, III


                                         /s/ Lynn Hubbard, III
                                         LYNN HUBBARD, III
                                         Attorney for Plaintiff


Dated: March 14, 2007                    PAGLIERO & ASSOCIATES


                                         /s/ Candace Pagliero
                                         CANDACE PAGLIERO
                                         Attorney for Defendants


### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:03-cv-02081-MCE-CMK, is hereby dismissed with prejudice.

Dated: March 19, 2007


                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE